COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-126-CV

 

 

IN RE THEODIS DODSON, JR.                                                   RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court
has considered relator=s petition for writ of mandamus
and is of the opinion that relief should be denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL 
B:  GARDNER, LIVINGSTON, and
HOLMAN, JJ. 

 

DELIVERED: 
April 4, 2008











    [1]See
Tex. R. App. P. 47.4.